STATE OF NEBRASKA, EX REL. JOHN PALMER, V. HERMAN E. STEIN, COUNTY CLERK, AND E. A. McVEY, INTERVENOR.

[FILED DECEMBER 20, 1892.]

ORIGINAL application for *mandamus.*

*L. G. Hurd, S. W. Christy, G. M. Lambertson,* and *A. W. Agee,* for relator.

*Thomas H. Matters,* and *John M. Ragan, contra.*

MAXWELL, CH. J.

The questions involved in this case are substantially the same as in *State, ex rel. Christy, v. Stein, ante,* p. 848, just decided, and the same judgment will be entered. The writ is denied and the

ACTION DISMISSED.

THE other judges concur.